UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN C. WOOD,

      Petitioner,                                  Case No. 4:18-cv-12673
                                                            Hon. Matthew F. Leitman

v.

NOAH NAGY,

      Respondent.
_____/

## **JUDGMENT**

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on this date:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **DENIED**.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

                                                          By:  s/Holly A. Monda
                                                          Deputy Clerk

Approved:

s/Matthew F. Leitman                            Dated:  August 3, 2020
Matthew F. Leitman                              Flint, Michigan
United States District Court